STEPHANIE S. CHRISTENSEN
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
SHAWN J. NELSON (Cal. Bar No. 185149)
Assistant United States Attorney
Chief, International Narcotics, Money
 Laundering & Racketeering Section
KEITH D. ELLISON (Cal. Bar No. 307070)
GREGG E. MARMARO (Cal. Bar No. 338627)
Assistant United States Attorneys
International Narcotics, Money
 Laundering, and Racketeering Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: 213-894-5339/6920/8500
     Facsimile: 213-894-0142
     E-mail: shawn.nelson@usdoj.gov
             keith.ellison2@usdoj.gov
             gregg.marmaro@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 18-173(A)-GW |
|---|---|
| Plaintiff, | UPDATED STATUS REPORT REGARDING PROPOSED TRIAL GROUPINGS AND SCHEDULES |
| v. | |
| JOSE LANDA-RODRIGUEZ, et al., | |
| Defendants. | |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys Shawn J. Nelson, Keith D. Ellison, and Gregg E. Marmaro, hereby files this updated status report regarding proposed trial groupings and schedules pursuant to the Court's February 3, 2022 Order.

**Remaining Defendants**

The following defendants are pending trial in this case: Jose Landa-Rodriguez (#1), Gabriel Zendejas-Chavez (#2), Alvino Munoz (#4), Hector Duarte (#5), Samantha Rivera (#6), Cecilia Virgen (#8), Nancy Duarte (#9), David Bernardino (#11), Miriam Meza (#12), Ana Martinez (#13), Adrian Araiza (#14), David Diaz (#15), Robert Ramirez (#16), and Juan Leonard Garcia (#17).

Defendants Rafael Lemus (#3) and Valentin Cordova (#10) are fugitives.

**Current Trial Dates**

The trial for defendant Gabriel Zendejas-Chavez is scheduled for August 2, 2022. The trial for co-defendant David Diaz is scheduled for October 25, 2022. All other remaining defendants are currently joined for trial, which is presently scheduled for August 16, 2022, and a severance has not been granted.

**Proposed Trial Groupings and Continuances of the Trial Date**

The Court and the parties have discussed and agreed that it is in the interests of judicial economy and efficiency to proceed by way of trial groups in this case. The government previously proposed eight such groups but acknowledged that additional changes were likely to occur. (CR 2032.) Given present circumstances, the government has proposed the following trial groups for the remaining defendants:

///

///

| Group 1 | Group 2 | Group 3 |
|---|---|---|
| Virgen, Cecilia | Duarte, Hector | Landa-Rodriguez, Jose |
| Araiza, Adrian | Duarte, Nancy | Munoz, Alvino |
| Meza, Miriam | Bernardino, David | Rivera, Samantha |
| Martinez, Ana | Ramirez, Robert | |
| Garcia, Juan Leonard | | |

The government has also proposed requesting a trial date for the Group 1 defendants on March 21, 2023, and for the Groups 2 and 3 defendants on April 25, 2023, with a status conference on January 19, 2023, to discuss future dates and groups.

The government has circulated stipulations reflecting these proposals to counsel for the remaining defendants and is presently conferring with counsel regarding the proposals.

Dated: July 14, 2022

Respectfully submitted,

STEPHANIE S. CHRISTENSEN
Acting United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

         /s/
SHAWN J. NELSON
KEITH D. ELLISON
GREGG E. MARMARO
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA