<u>DECLARATION OF SHAWN J. NELSON</u>

I, Shawn J. Nelson, declare as follows:

1. I am an Assistant United States Attorney with the United States Attorney's Office for the Central District of California. I have knowledge of the facts set forth herein and could and would testify to those facts fully and truthfully if called and sworn as a witness.

2. On June 8, 2018, this court issued a protective order, docket number 582, in this case setting forth the terms under which discovery with victim or witness identifying information may be disclosed.

3. On June 9, 2022, the government produced discovery pages Bates Nos. DT 58748-58750, pursuant to that protective order.

4. Later in June or July 2022, fellow Assistant United States Attorney Christopher Brunwin advised me that he would seek to produce that discovery in <u>United States v. Mongol Nation</u>, case number CR 13-106-DOC because the discovery discusses the Mongols and counsel for the Mongols requested it.

5. AUSA Brunwin further told me that Judge Carter had ordered counsel in that case to appear at the previously scheduled but continued July 14, 2022, status conference in this case to address this court about the production of that discovery.

6. AUSA Brunwin also informed me that on July 12, 2022, defense counsel for Mongol Nation sent an e-mail to this court which stated that he intended to appear and request that the discovery be produced to him. July 15, 2022, AUSA Brunwin informed me that this court indicated that an order permitting disclosure from this court was necessary before AUSA Brunwin could provide discovery to

1 defendant in case CR 13-106-DOC without violating the protective
2 order in this case.
3     7.  Without conceding whether such an order is strictly
4 necessary and in an abundance of caution, the Government applies for
5 an order from this court to allow government counsel to disclose
6 discovery pages DT 58748-58750 to defendant in case number CR 13-106-
7 DOC so long as that production is made pursuant to a protective order
8 in that case carrying the same terms as the protective order in this
9 case.
10     I declare under penalty of perjury under the laws of the United
11 States of America that the foregoing is true and correct and that
12 this declaration is executed at Los Angeles, California, on July 20,
13 2022.

                                          SHAWN J. NELSON