1  STEPHANIE S. CHRISTENSEN
   Acting United States Attorney
2  SCOTT M. GARRINGER
   Assistant United States Attorney
3  Chief, Criminal Division
   SHAWN J. NELSON (Cal. Bar No. 185149)
4  Assistant United States Attorneys
        1200 United States Courthouse
5       312 North Spring Street
        Los Angeles, California 90012
6       Telephone: 213-894-5339/3183/6920/8500
        Facsimile: 213-894-0142
7       E-mail: shawn.nelson@usdoj.gov
                gregory.bernstein@usdoj.gov
8               keith.ellison2@usdoj.gov
                gregg.marmaro@usdoj.gov
9
   Attorneys for Plaintiff
10 UNITED STATES OF AMERICA

11                    UNITED STATES DISTRICT COURT

12              FOR THE CENTRAL DISTRICT OF CALIFORNIA

13 UNITED STATES OF AMERICA,          No. 2:18-CR-00173(A)-GW

14         Plaintiff,                 EX PARTE APPLICATION FOR ORDER FOR
                                      DISCLOSURE OF DISCOVERY SUBJECT TO
15             v.                     PROTECTIVE ORDER TO PARTIES IN
                                      ANOTHER CASE
16 JOSE LANDA-RODRIGUEZ, et al.,

17         Defendants.

18

19      Plaintiff United States of America, by and through its counsel

20 of record, the United States Attorney for the Central District of

21 California and Assistant United States Attorney Shawn J. Nelson

22 hereby applies Ex Parte for an order making clear that certain

23 discovery is no longer subject to the protective order in this case

24 and may be disclosed within another case.

25      ///

26      ///

27      ///

28      ///

1       This Application is based upon the attached declaration of Shawn

2   J. Nelson, the files and records in this case, and such further

3   evidence and argument as the Court may permit.

4    Dated: September 7, 2022        Respectfully submitted,

5                                 STEPHANIE S. CHRISTENSEN
                                  Acting United States Attorney

6

7                                 SCOTT M. GARRINGER
                                  Assistant United States Attorney
                                  Chief, Criminal Division

8

9                                /S/ *Shawn J. Nelson*
                                  SHAWN J. NELSON

10                                Assistant United States Attorneys

11                                Attorneys for Plaintiff
                                  UNITED STATES OF AMERICA

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1                          <u>DECLARATION OF SHAWN J. NELSON</u>

2      I, Shawn J. Nelson, declare as follows:

3      1.   I am an Assistant United States Attorney with the United

4 States Attorney's Office for the Central District of California.  I

5 have knowledge of the facts set forth herein and could and would

6 testify to those facts fully and truthfully if called and sworn as a

7 witness.

8      2.   On June 8, 2018, this court issued a protective order,

9 docket number 582, in this case setting forth the terms under which

10 discovery with victim or witness identifying information may be

11 disclosed.

12      3.   On June 9, 2022, the government produced discovery pages

13 Bates Nos. DT 58748-58750 ("the discovery") pursuant to that

14 protective order.

15      4.   In June or July 2022, fellow Assistant United States

16 Attorney Christopher Brunwin advised me that he would seek to produce

17 the discovery in <u>United States v. Mongol Nation</u>, case number CR 13-

18 106-DOC because the discovery discusses the Mongols and counsel for

19 the Mongols requested it.

20      5.   In July 2022, the government moved for and this court

21 ordered that the discovery be produced in the Mongols case subject to

22 an identical protective order as in this case.

23      6.   The discovery was used in the Mongols case to cross examine

24 a witness and was marked as an exhibit.  That exhibit will be

25 publicly filed.  Therefore, the government requests that the

26 discovery no longer be subject to the protective order in this so

27 that it's disclosure in the Mongols case not cause any conflict

28 between the two courts.

1   I declare under penalty of perjury under the laws of the United

2   States of America that the foregoing is true and correct and that

3   this declaration is executed at Los Angeles, California, on September

4   7, 2022.

5

6                                                SHAWN J. NELSON

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28